## File Hashes for IP Address 108.18.96.250

**ISP:** Verizon FiOS
**Physical Location:** Centreville, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/20/2014 12:42:21 | 4C1E099EE98B9EBC4BED0CE6C19F78A4239DBE6D | A Hot Number |
| 08/20/2014 12:37:42 | 8FE644988619009832197DFCFFD7414E0AA4D4AE | Thunderstorm Love |
| 08/06/2014 22:08:36 | A0B580B71CC4FF6E0737CA2ED983951BADA56528 | Breakfast At Eves |
| 08/06/2014 21:27:06 | B98DEDBF1597FAA14E9D6FF40E23CBC97EB1B552 | Waterfall Emotions |
| 08/05/2014 12:02:07 | C0DCC5CA046B3277CD462B02D1975DC0BD1145C6 | Lovers in Paradise |
| 08/05/2014 11:20:00 | 8E2ABD766FAD8E3A12FC302B013932415FDDD6FD | Paint Me Beautiful |
| 08/05/2014 10:51:00 | 601753FA4113C8EADC906C4FB15DB0E8A303CE3F | So Young |
| 08/03/2014 12:34:10 | 3052A88B80EA1D57B5D4E1CF83A0BBCCB9D5BB17 | Insanely Gorgeous |
| 08/03/2014 12:33:39 | E709B96000BF07094DF84EC143A4223D937B5763 | Chloe Loves Carl Part 2 |
| 08/02/2014 01:17:45 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 08/02/2014 01:11:27 | 0223FBFF281EA4CFF32B5AB0ED54255EE3C37EB9 | All Oiled Up |
| 08/01/2014 12:35:51 | 7FC94986F9541460940B44860D82E98F00FD6E1A | In The Dark |
| 08/01/2014 12:33:37 | 555E50281288E1C0BC8B08407A169AE6B09663A5 | Listen To Me Cum |
| 07/27/2014 23:17:05 | AAEDC07D537A9D59A999A449B925EF463CA4050E | Be With Me |
| 07/27/2014 22:58:39 | 6B84ACB93A665247F5E64F53AC476670DDAEA655 | Just Watch |
| 07/27/2014 22:55:07 | 4DD0F5E9BA22CCE4327150DF14E70B249068F498 | Precious Metal |
| 07/17/2014 05:17:19 | D5607606B508A6767D2B3CA42B08927EA427F4C2 | Lovers Way |
| 07/16/2014 11:51:11 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 07/16/2014 11:46:14 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 07/16/2014 11:43:14 | AC1FB83507AD965F693D2FB5D9945E1140B148F4 | Give Me More Part 2 |
| 07/16/2014 11:41:54 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 07/07/2014 13:21:43 | 4F6D7C009DDC1DBE97EF793B9E87C7FAECE92C53 | Tie Her Up For Me |

EXHIBIT A

EVA82

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/11/2014 16:49:02 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |

**Total Statutory Claims Against Defendant: 23**