## Copyrights-In-Suit for IP Address 108.18.96.250

ISP: Verizon FiOS
Location: Centreville, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 08/20/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 08/02/2014 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 07/27/2014 |
| Breakfast At Eves | PENDING | 08/06/2014 | 08/18/2014 | 08/06/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 08/03/2014 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 07/16/2014 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 07/16/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 08/02/2014 |
| In The Dark | PA0001908451 | 07/31/2014 | 08/04/2014 | 08/01/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 08/03/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 07/27/2014 |
| Listen To Me Cum | PA0001908211 | 07/19/2014 | 07/31/2014 | 08/01/2014 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 08/05/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 07/17/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/11/2014 |
| Paint Me Beautiful | PENDING | 08/04/2014 | 08/11/2014 | 08/05/2014 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 07/27/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 08/05/2014 |
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 07/16/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/16/2014 |
| Thunderstorm Love | PENDING | 08/13/2014 | 08/21/2014 | 08/20/2014 |

EXHIBIT B

EVA82

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/07/2014 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 08/06/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 23**

EXHIBIT B

EVA82